JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBELT SMARTPHONE DEFENCE LTD., | Case No.  CV 22-4342-GW-PDx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| PHONECHECK SOLUTIONS, LLC, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: February 1, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE